ARMAND DENIS et al., Appellants, *v.* R. J. REYNOLDS TOBACCO COMPANY et al., Respondents, et al., Defendants.

Argued April 7, 1952; decided April 23, 1952.

*Harold J. Sherman* for appellants.

*Gerald J. Dunworth* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.